| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVON MARCHAND,<br><br>Defendant. | Case No. 1:20-po-00065-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice.

DATED: March 19, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: __March 19, 2020__

_____
UNITED STATES MAGISTRATE JUDGE